UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

K2M PROPERTIES LLC,
A Delaware Limited Liability Company          Hon. Terrence G. Berg
                                              Case No. 22-cv-10572-TGB

      Plaintiff

-v-

FC 227 LLC, a New York Limited Liability Company,
FC 450 COUNTRY LLC, a Michigan Limited Liability Company,
FC STONE CREST LLC, a Michigan Limited Liability Company, and
STONECREST LAND LLC, a Michigan Limited Liability Company

      Defendants

and

LANDMARK ABSTRACT AGENCY, LLC
a New York Limited Liability Company



      Nominal Defendant

---

David E. Sims (P41636)
James L. Kresta (P81224)
JAFFE RAITT HEUER & WEISS PC
27777 Franklin Rd., Suite 2500
Southfield, MI 46034
(246) 351-3000
Attorneys for Plaintiff
dsims@jaffelaw.com
jkresta@jaffelaw.com

---

**ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

4862-0234-9342.v2

The Plaintiff, through its attorneys, voluntarily dismiss the above-referenced matter in its entirety, without prejudice, and without costs or attorney fees and with no adverse party filing an answer or motion and the Court being otherwise fully advised in the premises; Now, Therefore,

**IT IS HEREBY ORDERED** that the above-referenced matter be, and the same hereby is, dismissed in its entirety, without prejudice and without costs or attorney fees to any party.

IT IS SO ORDERED.

Dated: <u>May 4, 2022</u>       <u>/s/Terrence G. Berg          </u>
Terrence G. Berg
UNITED STATES DISTRICT JUDGE

**Approved for entry:**

<u>/s/David E. Sims      </u>
Attorney for Plaintiff

4862-0234-9342.v2